UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK BALESTRIERE, JOSEPH DELUISE, SEAN GAYNOR, DANIEL KEENAN, SERGIO RIVAS, CARMINE RUTA, and JOSEPH NETO<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF WEST ORANGE, JONATHAN GROSS, ANTHONY VECCHIO, AND ROBERT D. PARISI,<br><br>Defendants. | Civil Action No. 2:22-cv-05447(EP)(JSA)<br><br><br><br>**CERTIFICATION OF JOHN D. COYLE IN SUPPORT OF MOTION FOR RECONSIDERATION** |

To:   Richard D. Trenk, Esq.
      Mark Y. Moon, Esq.
      Trenk Isabel Siddiqi & Shahdanian
      290 W. Mt. Pleasant Avenue, Suite 2350
      Livingston, NJ 07039
      Attorneys for Defendants

**PLEASE TAKE NOTICE** that, on October 2, 2023 at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, counsel for plaintiffs Frank Balestriere, Joseph DeLuise, Sean Gaynor, Daniel Keenan, Sergio Rivas, Carmine Ruta, and Joseph Neto (collectively, "Plaintiffs"), will move before the Honorable Jessica S. Allen, U.S.M.J., United States District Court, 50 Walnut Street, Court Room MLK 2B, Newark, NJ 07102 for an Order granting Plaintiff's Motion for Reconsideration of the Court's August 24, 2023 Order.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff shall rely on the Letter Brief, dated September 1, 2023, and the Certification of John D. Coyle, dated September 1, 2023, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, at the time and place aforesaid, the undersigned will request that the proposed form of *Order Granting Reconsideration*, submitted herewith, be entered by the Court.

                                **COYLE & MORRIS LLP**
                                *Attorneys for Plaintiff*

                                By: *s/ John D. Coyle*
                                John D. Coyle 029632001
                                201 Littleton Road, Suite 210
                                Morris Plains, NJ 07950
                                Telephone 973.370.0592
                                Facsimile 973.860.5520
                                jcoyle@coylemorris.com

Dated: September 1, 2023

**CERTIFICATION OF SERVICE**

      I hereby certify that, on this date, I caused a copy of the within Notice of Motion and all supporting papers to be served upon counsel of record for the defendants by sending same, via the Court's Electronic Case Filing platform, as follows:

Richard D. Trenk, Esq.
Mark Y. Moon, Esq.
Trenk Isabel Siddiqi & Shahdanian
290 W. Mt. Pleasant Avenue, Suite 2350
Livingston, NJ 07039
Attorneys for Defendants

                                                                By: *s/ John D. Coyle*
                                                                     John D. Coyle

Date: September 1, 2023